## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 05, 2013

Ms. Vanessa L. Armstrong
Western District of Kentucky at Bowling Green
241 E. Main Street
Suite 120 Federal Building
Bowling Green, KY 42101-0000

       Re:  Case No. 12-5635, *David Cummins v. Bic USA, Inc., et al*
           Originating Case No. : 1:08-cv-00019

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                       Sincerely yours,

                                       s/Linda M. Niesen
                                       Case Manager
                                       Direct Dial No. 513-564-7038

cc:  Mr. Todd P. Greer
     Mr. Joseph Hubert Mattingly III
     Mr. Raymond G. Smith
     Mr. Edward H. Stopher

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 12-5635
_____

Filed: September 05, 2013

DAVID R. CUMMINS, Conservator for C.A.P., a minor

    Plaintiff - Appellant

v.

BIC USA, INC.; BIC CONSUMER PRODUCTS MANUFACTURING COMPANY, INC.

    Defendants - Appellees

<u>MANDATE</u>

   Pursuant to the court's disposition that was filed 08/14/2013 the mandate for this case hereby issues today.

COSTS:  None